Certificate Number: 15317-GAN-CC-037573515



15317-GAN-CC-037573515

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 7, 2023, at 5:15 o'clock PM PDT, Gregory F Tucker received from Access Counseling, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 7, 2023                                   By:      /s/Junie Montebon

                                                       Name:   Junie Montebon

                                                       Title:    Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).