# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                                                          CHAPTER 7

Gregory Forrest Tucker
Lorie Ann Tucker

DEBTOR(S)                                                       CASE NO.23–50915–AEC

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the application with the final installment payment due 9/8/23.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money for services in connection with this case, and the debtor(s) shall not relinquish any property as payment for services in connection with this case.

IT IS FURTHER ORDERED that if the debtor is represented by an attorney, all filing fees shall be paid by on–line credit card payment using the Pay.Gov system as set out in the CLERK'S INSTRUCTIONS. Alternatively, if the debtor is not represented by an attorney, the debtor(s) shall remit the filing fees in the form of a cashier's check or money order to the below address or pay on–line at www.gamb.uscourts.gov.

U.S. Bankruptcy Court
433 Cherry Street
P.O. Box 1957
Macon, GA 31202



Dated: 7/11/23                                          /s/ Austin E. Carter
                                                       United States Bankruptcy Judge