**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                          CHAPTER 7

Gregory Forrest Tucker
Lorie Ann Tucker

DEBTOR(S)                                       CASE NO.23−50915−AEC

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the application with the final installment payment due 9/8/23.

   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money for services in connection with this case, and the debtor(s) shall not relinquish any property as payment for services in connection with this case.

   IT IS FURTHER ORDERED that if the debtor is represented by an attorney, all filing fees shall be paid by on−line credit card payment using the Pay.Gov system as set out in the CLERK'S INSTRUCTIONS. Alternatively, if the debtor is not represented by an attorney, the debtor(s) shall remit the filing fees in the form of a cashier's check or money order to the below address or pay on−line at www.gamb.uscourts.gov.

U.S. Bankruptcy Court
433 Cherry Street
P.O. Box 1957
Macon, GA 31202



Dated: 7/11/23                        /s/ Austin E. Carter
                                      United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Georgia

In re:                                                                                    Case No. 23-50915-AEC

Gregory Forrest Tucker                                                      Chapter 7

Lorie Ann Tucker

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 113G-5 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: opayinst | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

**Recip ID                     Recipient Name and Address**
db/db                          +  Gregory Forrest Tucker, Lorie Ann Tucker, 208 Blake Ave, Jackson, GA 30233-5573

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Scott Rickman | on behalf of Debtor Lorie Ann Tucker thegeorgialawfirm@gmail.com |
| Robert Scott Rickman | on behalf of Debtor Gregory Forrest Tucker thegeorgialawfirm@gmail.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Walter W Kelley | trustee@kelleylovett.com  GA55@ecfcbis.com;walter@ecf.inforuptcy.com;wwk@trustesolutions.net |

TOTAL: 4