# United States Bankruptcy Court

## Middle District of Georgia

Date: 7/25/23

In re:

| Gregory Forrest Tucker | Lorie Ann Tucker |
|---|---|
| 208 Blake Ave | 208 Blake Ave |
| Jackson, GA 30233 | Jackson, GA 30233 |

Debtor(s)

Case No. 23–50915–AEC

Chapter 7

Mr. Rickman –

The deadline for filing the debtors' Employee Income Records has expired. Please file within the next 5 days to avoid dismissal of the case.

Thank you.

Cathy Thomas

Deputy Clerk
United States Bankruptcy Court


706–596–7143