Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Lorie Tucker | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
| Employee ID: | 0070355243 | Check Date: | 06/30/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 06/11/2023 | Curr Tot Hrs Worked: | 0 | Average Hours: | 37.68 | |
| Pay Period End: | 06/24/2023 | Total Hours YTD: | 900.22 | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,002.24 | 94.37 | 101.10 | 225.29 | 581.48 |
| YTD | 14,856.56 | 1,248.71 | 1,556.27 | 2,013.34 | 10,038.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Sick 75% | 06/11/2023 - 06/24/2023 | 75.32 | 11.7675 | 886.80 | 950.14 |
| Vacation | 06/04/2023 - 06/10/2023 | 3.32 | 15.69 | 52.10 | 704.47 |
| Sick 75% | 05/28/2023 - 06/10/2023 | 0 | 11.7675 | 63.34 | |
| Hol Prem | | | | | 0.96 |
| Holiday | | | | | 159.38 |
| Regular | | | | | 13,001.30 |
| Shift Rate ($0.50) | | | | | 40.31 |
| Earnings | | | | 1,002.24 | 14,856.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 56.29 | 843.69 |
| Medicare | 13.16 | 197.31 |
| State Tax - GA | 31.65 | 515.27 |
| Employee Taxes | 101.10 | 1,556.27 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| DENTAL | 13.25 | 164.63 |
| Medical | 81.12 | 1,084.08 |
| Total | 94.37 | 1,248.71 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment | 224.29 | 2,004.34 |
| IWO Employer Fee | 1.00 | 9.00 |
| Total | 225.29 | 2,013.34 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI | 907.87 | 13,607.85 |
| Medicare | 907.87 | 13,607.85 |
| Federal Withholding | 907.87 | 13,607.85 |
| State Tax - GA | 907.87 | 13,607.85 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 2.43 | 0.00 | 2.43 |

### Payment Information

| Bank | Account Name | Account Number | Reference ID | Amount |
|---|---|---|---|---|
| DailyPay | DailyPay ******1195 | ******1195 | 058804662 | 581.48   USD |

7000 Target Parkway N.
Mail Stop: NCC-0102
Minneapolis, MN 55445

P/E 06/24/2023                                                    0070355243

 1001-1461-0026101461            BCY

Lorie Tucker
208 Blake Ave
Jackson, GA 30233

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Lorie Tucker | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
|---|---|---|---|---|---|---|
| Employee ID: | 0070355243 | Check Date: | 06/16/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 05/28/2023 | Curr Tot Hrs Worked: 52.3 | | Average Hours: | 37.68 | |
| Pay Period End: | 06/10/2023 | Total Hours YTD:  816.2 | | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 820.60 | 94.37 | 76.77 | 185.96 | 463.50 |
| YTD | 13,854.32 | 1,154.34 | 1,455.17 | 1,788.05 | 9,456.76 |

| Earnings | | | | | | Employee Taxes | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | | Amount | YTD |
| Regular | 06/04/2023 - 06/10/2023 | 19.48 | 15.69 | 305.65 | 13,001.30 | OASDI | | 45.03 | 787.40 |
| Regular | 05/28/2023 - 06/03/2023 | 32.82 | 15.69 | 514.95 | | Medicare | | 10.53 | 184.15 |
| Hol Prem | | | | | 0.96 | State Tax - GA | | 21.21 | 483.62 |
| Holiday | | | | | 159.38 | | | | |
| Shift Rate ($0.50) | | | | | 40.31 | | | | |
| Vacation | | | | | 652.37 | | | | |
| | | | | | | Employee Taxes | | 76.77 | 1,455.17 |
| Earnings | | | | 820.60 | 13,854.32 | | | | |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| DENTAL | | 13.25 | 151.38 | Creditor Garnishment | 184.96 | 1,780.05 |
| Medical | | 81.12 | 1,002.96 | IWO Employer Fee | 1.00 | 8.00 |
| Total | | 94.37 | 1,154.34 | Total | 185.96 | 1,788.05 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| | | | Description | Amount | YTD |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes | OASDI | 726.23 | 12,699.98 |
| | | | Medicare | 726.23 | 12,699.98 |
| Allowances | 0 | 1 | Federal Withholding | 726.23 | 12,699.98 |
| Additional Withholding | 0 | 0 | State Tax - GA | 726.23 | 12,699.98 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 1.51 | 0.00 | 3.32 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| DailyPay | DailyPay ******1195 | ******1195 | 058326193 | 463.50   USD |

7000 Target Parkway N.
Mail Stop: NCC-0102
Minneapolis, MN 55445

P/E 06/10/2023                                                    0070355243

1001-1461-0026101461          BCY

Lorie Tucker
208 Blake Ave
Jackson, GA 30233

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Lorie Tucker | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
| Employee ID: | 0070355243 | Check Date: | 06/02/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 05/14/2023 | Curr Tot Hrs Worked: 58.12 | | Average Hours: | 37.68 | |
| Pay Period End: | 05/27/2023 | Total Hours YTD:  763.9 | | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 976.73 | 94.37 | 97.67 | 219.77 | 564.92 |
| YTD | 13,033.72 | 1,059.97 | 1,378.40 | 1,602.09 | 8,993.26 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular | 05/21/2023 - 05/27/2023 | 24.22 | 15.69 | 380.02 | 12,180.70 | OASDI | 54.70 | 742.37 |
| Vacation | 05/21/2023 - 05/27/2023 | 4.13 | 15.69 | 64.80 | 652.37 | Medicare | 12.79 | 173.62 |
| Regular | 05/14/2023 - 05/20/2023 | 33.9 | 15.69 | 531.91 | | State Tax - GA | 30.18 | 462.41 |
| Hol Prem | | | | | 0.96 | | | |
| Holiday | | | | | 159.38 | | | |
| Shift Rate ($0.50) | | | | | 40.31 | | | |
| | | | | | | Employee Taxes | 97.67 | 1,378.40 |
| Earnings | | | | 976.73 | 13,033.72 | | | |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| DENTAL | 13.25 | 138.13 | Creditor Garnishment | 218.77 | 1,595.09 |
| Medical | 81.12 | 921.84 | IWO Employer Fee | 1.00 | 7.00 |
| Total | 94.37 | 1,059.97 | Total | 219.77 | 1,602.09 |

| | Federal | State | Taxable Wages | | |
|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes | Description | Amount | YTD |
| | | | OASDI | 882.36 | 11,973.75 |
| Allowances | 0 | 1 | Medicare | 882.36 | 11,973.75 |
| Additional Withholding | 0 | 0 | Federal Withholding | 882.36 | 11,973.75 |
| | | | State Tax - GA | 882.36 | 11,973.75 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 1.80 | 4.13 | 1.81 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| DailyPay | DailyPay ******1195 | ******1195 | 057792593 | 564.92   USD |

7000 Target Parkway N.
Mail Stop: NCC-0102
Minneapolis, MN 55445

P/E 05/27/2023                                      0070355243

1001-1461-0026101461          BCY

Lorie Tucker
208 Blake Ave
Jackson, GA 30233

Target Corporation  7000 Target Parkway N. Mail Stop: NCC-0102 Minneapolis, MN 55445,  HROC 1-800-394-1885

| Name: | Lorie Tucker | Check #: | **VOID** | 401k Before TAX: | 0.00% | **TARGET** |
| Employee ID: | 0070355243 | Check Date: | 05/19/2023 | 401k After TAX: | 0.00% | |
| Pay Period Begin: | 04/30/2023 | Curr Tot Hrs Worked: 67.21 | | Average Hours: | 37.84 | |
| Pay Period End: | 05/13/2023 | Total Hours YTD:   701.65 | | | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,056.01 | 94.37 | 108.32 | 236.92 | 616.40 |
| YTD | 12,056.99 | 965.60 | 1,280.73 | 1,382.32 | 8,428.34 |

| Earnings | | | | | | Employee Taxes | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | | Amount | YTD |
| Regular | 05/07/2023 - 05/13/2023 | 32.68 | 15.69 | 512.75 | 11,268.77 | OASDI | | 59.63 | 687.67 |
| Regular | 04/30/2023 - 05/06/2023 | 34.53 | 15.69 | 541.79 | | Medicare | | 13.95 | 160.83 |
| Shift Rate ($0.50) | 04/30/2023 - 05/06/2023 | 2.93 | 0.5 | 1.47 | 40.31 | State Tax - GA | | 34.74 | 432.23 |
| Hol Prem | | | | | 0.96 | | | | |
| Holiday | | | | | 159.38 | | | | |
| Vacation | | | | | 587.57 | | | | |
| | | | | | | Employee Taxes | | 108.32 | 1,280.73 |
| Earnings | | | | 1,056.01 | 12,056.99 | | | | |

| Pre Tax Deductions | | | | Post Tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | | Amount | YTD |
| DENTAL | | 13.25 | 124.88 | Creditor Garnishment | | 235.92 | 1,376.32 |
| Medical | | 81.12 | 840.72 | IWO Employer Fee | | 1.00 | 6.00 |
| Total | | 94.37 | 965.60 | Total | | 236.92 | 1,382.32 |

| | Federal | State | Taxable Wages | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | B - Married 2 Incomes | Description | | Amount | YTD |
| | | | OASDI | | 961.64 | 11,091.39 |
| Allowances | 0 | 1 | Medicare | | 961.64 | 11,091.39 |
| Additional Withholding | 0 | 0 | Federal Withholding | | 961.64 | 11,091.39 |
| | | | State Tax - GA | | 961.64 | 11,091.39 |

| Time Off Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Sick | 0.00 | 0.00 | 0.00 |
| Vacation | 1.94 | 0.00 | 4.14 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Reference ID | Amount |
| DailyPay | DailyPay ******1195 | ******1195 | 057266549 | 616.40   USD |

7000 Target Parkway N.
Mail Stop: NCC-0102
Minneapolis, MN 55445

P/E 05/13/2023                                    0070355243

1001-1461-0026101461          BCY

Lorie Tucker
208 Blake Ave
Jackson, GA 30233













