Certificate Number: 15317-GAM-DE-037653874

Bankruptcy Case Number: 23-50915



15317-GAM-DE-037653874

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 6, 2023, at 7:28 o'clock PM PDT, Lorie Tucker completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date:   August 6, 2023                    By:     /s/Rose Benito

                                          Name:   Rose Benito

                                          Title:  Certified Counselor

Certificate Number: 15317-GAM-DE-037653875

Bankruptcy Case Number: 23-50915



15317-GAM-DE-037653875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2023</u>, at <u>7:28</u> o'clock <u>PM PDT</u>, <u>Gregory F Tucker</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Georgia</u>.

Date:   August 6, 2023            By:     /s/Rose Benito

Name:   Rose Benito

Title:   Certified Counselor