**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

IN RE:                                                     CHAPTER 7

Gregory Forrest Tucker
Lorie Ann Tucker

DEBTOR(S)                                        CASE NO.23–50915–AEC

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

IT APPEARING to the court that the above–named debtor(s) filed a(n) Application to Pay Filling Fee in Installments on 7/8/23 without the required filing fee and that the filing fee in the amount of $ 129.00 remains unpaid;
Now, therefore it is hereby

**ORDERED** that the debtor show cause why this case should not be dismissed for the failure to pay filing fees ; and it is hereby further

**ORDERED** that if the filing fee is paid in full on or before **twenty–one (21) days** from the date of this order, this show cause order shall be dissolved and the case will continue in good standing in accordance with the requirements of the Bankruptcy Code; and it is hereby further

**ORDERED** that if the debtor files a request for a hearing within the **twenty–one (21) days** of the date of this Order, a hearing will be convened to consider any cause shown by debtor; and it is hereby further

**ORDERED** that upon the failure of the debtor to pay the filing fees or to request a hearing within **twenty–one (21) days** of this order, the bankruptcy case will be dismissed without further notice or hearing.



Dated: 9/11/23                                   /s/ Austin E. Carter
                                                 United States Bankruptcy Judge