## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

IN RE:                                                                CHAPTER 7

Gregory Forrest Tucker
Lorie Ann Tucker

DEBTOR(S)                                                    CASE NO.23−50915−AEC

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

IT APPEARING to the court that the above−named debtor(s) filed a(n) Application to Pay Filling Fee in Installments on 7/8/23 without the required filing fee and that the filing fee in the amount of $ 129.00 remains unpaid;
Now, therefore it is hereby

**ORDERED** that the debtor show cause why this case should not be dismissed for the failure to pay filing fees ; and it is hereby further

**ORDERED** that if the filing fee is paid in full on or before **twenty−one (21) days** from the date of this order, this show cause order shall be dissolved and the case will continue in good standing in accordance with the requirements of the Bankruptcy Code; and it is hereby further

**ORDERED** that if the debtor files a request for a hearing within the **twenty−one (21) days** of the date of this Order, a hearing will be convened to consider any cause shown by debtor; and it is hereby further

**ORDERED** that upon the failure of the debtor to pay the filing fees or to request a hearing within **twenty−one (21) days** of this order, the bankruptcy case will be dismissed without further notice or hearing.



Dated: 9/11/23                                    /s/ Austin E. Carter
                                                 United States Bankruptcy Judge

United States Bankruptcy Court

Middle District of Georgia

In re:

Gregory Forrest Tucker

Lorie Ann Tucker

    Debtors

Case No. 23-50915-AEC

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113G-5 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: oscdsm | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

**Recip ID**        **Recipient Name and Address**
db/db        + Gregory Forrest Tucker, Lorie Ann Tucker, 208 Blake Ave, Jackson, GA 30233-5573

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Scott Rickman | on behalf of Debtor Lorie Ann Tucker thegeorgialawfirm@gmail.com |
| Robert Scott Rickman | on behalf of Debtor Gregory Forrest Tucker thegeorgialawfirm@gmail.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Walter W Kelley | trustee@kelleylovett.com  GA55@ecfcbis.com;walter@ecf.inforuptcy.com;wwk@trustesolutions.net |

TOTAL: 4