**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gregory Forrest Tucker | Social Security number or ITIN  xxx−xx−7698 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lorie Ann Tucker | Social Security number or ITIN  xxx−xx−9434 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Georgia

Case number:   23−50915−AEC

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory Forrest Tucker                          Lorie Ann Tucker

10/23/23                          **By the court:**  Austin E. Carter
                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court

Middle District of Georgia

In re:                                                                                    Case No. 23-50915-AEC

Gregory Forrest Tucker                                                                    Chapter 7

Lorie Ann Tucker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 113G-5                          User: auto                                   Page 1 of 2

Date Rcvd: Oct 23, 2023                       Form ID: 318                                  Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Gregory Forrest Tucker, Lorie Ann Tucker, 208 Blake Ave, Jackson, GA 30233-5573 |
| 12545512 | + 1st Franklin Financial, PO Box 188, Newnan, GA 30264-0188 |
| 12545517 | + Lifestance, 4255 Wade Green Rd, Suite 414, Kennesaw, GA 30144-1763 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: FWWKELLEY.COM | Oct 23 2023 21:39:00 | Walter W Kelley, Chapter 7 Trustee, P.O. Box 70879, Albany, GA 31708-0879 |
| cr | + EDI: AISACG.COM | Oct 23 2023 21:39:00 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bk@szjlaw.com | Oct 23 2023 17:38:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 12547102 | + EDI: AISACG.COM | Oct 23 2023 21:39:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12545513 | + EDI: GMACFS.COM | Oct 23 2023 21:39:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 12545514 | + EDI: CAPITALONE.COM | Oct 23 2023 21:39:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 12545515 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 23 2023 17:38:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 12545519 | EDI: CITICORP.COM | Oct 23 2023 21:39:00 | Macy's Department Stores, PO Box 8218, Mason, OH 45040-8218 |
| 12545516 | + Email/Text: electronicbkydocs@nelnet.net | Oct 23 2023 17:39:00 | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 12545518 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2023 17:47:28 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 12545520 | + Email/Text: info@mandarichlaw.com | Oct 23 2023 17:38:00 | Mandarich Law Group, LLP, PO. Box 109032, Chicago, IL 60610-9032 |
| 12545521 | Email/Text: paula.tilley@nrsagency.com | Oct 23 2023 17:38:00 | Nationwide Recovery Service, 545 W. Inman Street, Cleveland, TN 37311 |
| 12545522 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 23 2023 17:39:00 | Santander, PO Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 13

District/off: 113G-5                          User: auto                                    Page 2 of 2
Date Rcvd: Oct 23, 2023                       Form ID: 318                              Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Lewis Wilder | on behalf of Creditor 1st Franklin Financial Corporation dwilder@goodmanlaw.org bkydept@goodmanlaw.org;bkydept5@goodmanlaw.org;wilder.daniell.b119182@notify.bestcase.com |
| Robert Scott Rickman | on behalf of Debtor Lorie Ann Tucker thegeorgialawfirm@gmail.com |
| Robert Scott Rickman | on behalf of Debtor Gregory Forrest Tucker thegeorgialawfirm@gmail.com |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Walter W Kelley | trustee@kelleylovett.com  GA55@ecfcbis.com;walter@ecf.inforuptcy.com;wwk@trustesolutions.net |

TOTAL: 5